TONY WEST
United States Department of Justice
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Trial Attorney
NICOLE R. PRAIRIE
Trial Attorney
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 305-8788
    FAX: (202) 305-7000
    E-MAIL: Victor.Lawrence@usdoj.gov
    Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JULIO CASTELLANO, ABELARDO CHAVEZ FLORES, RAMON GONZALEZ, ALLA SUVOROVA, on behalf of themselves and all others similarly situated, and NATIONAL LAWYERS GUILD,<br><br>    Plaintiffs,<br><br>v.<br><br>JANET NAPOLITANO, in her capacity as Secretary of the Department of Homeland Security; ERIC H. HOLDER, JR., in his capacity as Attorney General of the United States; JOHN T. MORTON, Assistant Secretary, U.S. Immigration and Customs Enforcement; DAVID VENTURELLA, Acting Director, Office of Detention and Removal Operations, U.S. Immigration and Customs Enforcement; and JORGE FIELD, Assistant Field Office Director, U.S. Immigration and Customs Enforcement,<br><br>    Defendants. | No. 09-CV-2281-PA(VBKx)<br><br>**JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE**<br><br>**[Proposed Order submitted under separate cover]**<br><br>[Judge Percy Anderson] |

1  The Parties to this action, through their respective counsel,
2  stipulate and agree that a Settlement Agreement was executed in
3  this case on or about September 14, 2009. Pursuant to the Section
4  VII Paragraph 3 of the Settlement Agreement, Plaintiffs and
5  Defendants jointly stipulate and request that this Court enter the
6  accompanying proposed order to dismiss this action without
7  prejudice.  As contemplated by Section VII Paragraph 3, the
8  parties agree that the Court shall retain jurisdiction solely to
9  order specific performance of the Settlement Agreement.  Provided
10 that on June 1, 2010, (the date the Settlement Agreement
11 terminates as identified in Section VII Paragraph 1 of the
12 Settlement Agreement), there are no outstanding disputes between
13 the parties concerning the obligations of the parties under the
14 Settlement Agreement, and pursuant to Section VII Paragraph 5 of
15 the Settlement Agreement, the parties will file a joint
16 stipulation to dismiss the case with prejudice.  Under the
17 Settlement Agreement, if there are any outstanding disputes on
18 June 1, 2010, the parties shall file a joint stipulation to
19 dismiss the case with prejudice within ten (10) days of the
20 resolution of such dispute.

Respectfully submitted,

For Plaintiffs:

By: */s/ Ahilan T. Arulanantham*
AHILAN T. ARULANANTHAM
ACLU OF SOUTHERN CALIFORNIA

By: */s/ Linton Joaquin*
LINTON JOAQUIN
NATIONAL IMMIGRATION LAW
CENTER

By: */s/ W. Toliver Besson*
W. TOLIVER BESSON
PAUL, HASTINGS, JANOFSKY &
WALKER LLP

Attorneys for Plaintiffs
JULIO CASTELLANO, ABELARDO
CHAVEZ FLORES, RAMON GONZALEZ,
and ALLA SUVOROVA, on behalf
of themselves and all others
similarly situated, and
NATIONAL LAWYERS GUILD

For Defendants:

TONY WEST
United States Department of
Justice
Assistant Attorney General,
Civil Division

DAVID J. KLINE
Director, Office of Immigration
Litigation
District Court Section

*/s/ Victor M. Lawrence*
VICTOR M. LAWRENCE
Principal Assistant Director
Office of Immigration
Litigation
District Court Section
U.S. Department of Justice
Civil Division
P.O. Box 868, Ben Franklin
Station
Washington, D.C. 20044
Tel: (202) 305-8788
Fax: (202) 305-7000
e-mail:
Victor.Lawrence@usdoj.gov

THEODORE W. ATKINSON
Trial Attorney

NICOLE R. PRAIRIE
Trial Attorney

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

Case No. CV 09-2281 PA (VBKx)

I hereby certify that on this 14th day of September 2009, true and correct copies of the **JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE and the PROPOSED ORDER** were served pursuant to the District Court's ECF system to the following:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017

Amanda B. Gilman
Paul Hastings Janofsky & Walker LLP
515 South Flower Street 25th Floor
Los Angeles, CA 90004

Eleanor K. Mercado
Paul Hastings Janofsky and Walker LLP
515 South Flower Street 25th Floor
Los Angeles, CA 90071

James W. Gilliam , Jr
Paul Hastings Janofsky and Walker
515 S Flower Street 25th Fl
Los Angeles, CA 90071

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004

Karen C. Tumlin
National Immigration Law Center
3435 Wilshire Boulevard Suite 2850
Los Angeles, CA 90010

Linton Joaquin
National Immigration Law Center
3435 Wilshire Boulevard Suite 2850
Los Angeles, CA 90010

Marisol Orihuela
ACLU of Southern California
1313 West 8th Street
Los Angeles, CA 90017

W. Tolliver Besson
Paul Hastings Janofsky & Walker
515 South Flower Street 25th Floor
Los Angeles, CA 90071

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Victor M. Lawrence*
VICTOR M. LAWRENCE
Principal Assistant Director
District Court Section
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-8788
Facsimile: (202) 305-7000
Email: Victor.Lawrence@usdoj.gov