TONY WEST
United States Department of Justice
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Trial Attorney
NICOLE R. PRAIRIE
Trial Attorney
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 305-8788
    FAX: (202) 305-7000
    E-MAIL: Victor.Lawrence@usdoj.gov
    Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JULIO CASTELLANO, ABELARDO CHAVEZ FLORES, RAMON GONZALEZ, ALLA SUVOROVA, on behalf of themselves and all others similarly situated, and NATIONAL LAWYERS GUILD,<br><br>    Plaintiffs,<br><br>v.<br><br>JANET NAPOLITANO, in her capacity as Secretary of the Department of Homeland Security; ERIC H. HOLDER, JR., in his capacity as Attorney General of the United States; JOHN T. MORTON, Assistant Secretary, U.S. Immigration and Customs Enforcement; DAVID VENTURELLA, Acting Director, Office of Detention and Removal Operations, U.S. Immigration and Customs Enforcement; and JORGE FIELD, Assistant Field Office Director, U.S. Immigration and Customs Enforcement,<br><br>    Defendants. | **JS-6**<br><br>No. 09-CV-2281-PA(VBKx)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Judge Percy Anderson] |

    Upon consideration of the joint stipulation filed on September 14, 2009, and the files and records in this case,

    IT IS HEREBY ORDERED that:

    1.  This case is dismissed without prejudice.

    2.  Until such time as the parties file a joint stipulation to dismiss the case with prejudice, the Court retains jurisdiction to order specific performance of the Settlement Agreement between the parties, as set forth in Section VII paragraph 3 of the Settlement Agreement.

    IT IS SO ORDERED.

DATED: SEPTEMBER 16, 2009.

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TONY WEST
United States Department of Justice
Assistant Attorney General, Civil Division

DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section

*/s/ Victor M. Lawrence*
VICTOR M. LAWRENCE
Principal Assistant Director
Office of Immigration Litigation
District Court Section
U.S. Department of Justice
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-8788
Fax: (202) 305-7000
e-mail: Victor.Lawrence@usdoj.gov

1  THEODORE W. ATKINSON
   Trial Attorney
2
   NICOLE R. PRAIRIE
3  Trial Attorney

4  Attorneys for Defendants

5
   /s/ Ahilan T. Arulanantham
6  AHILAN T. ARULANANTHAM

7  ACLU Foundation of Southern California
   1313 West 8th Street
8  Los Angeles , CA 90017
   Tel: (213) 977-5211
   Fax: (213) 977-5299
9  Email: aarulanantham@aclu-sc.org

10

11 /s/ Linton Joaquin
   LINTON JOAQUIN

12 National Immigration Law Center
   3435 Wilshire Boulevard Suite 2850
13 Los Angeles , CA 90010
   Tel: (213) 639-3900
14 Fax: (213) 639-3911
   Email: joaquin@nilc.org

15

16 /s/ W. Toliver Besson
   W. TOLIVER BESSON
17
   Paul Hastings Janofsky & Walker
   515 South Flower Street 25th Floor
18 Los Angeles , CA 90071
   Te: (213) 683-6000
19 Fax: (213) 627-0705

20
   Attorneys for Plaintiffs
21

22

23

24

25

26

27

28