TONY WEST
United States Department of Justice
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
NICOLE R. PRAIRIE
Trial Attorney
   P.O. Box 868, Ben Franklin Station
   Washington, D.C. 20044
   Telephone: (202) 532-4135
   FAX: (202) 305-7000
   E-MAIL: theodore.atkinson@usdoj.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JULIO CASTELLANO, ABELARDO CHAVEZ FLORES, RAMON GONZALEZ, ALLA SUVOROVA, on behalf of themselves and all others similarly situated, and NATIONAL LAWYERS GUILD,<br><br>Plaintiffs,<br><br>v.<br><br>JANET NAPOLITANO, in her capacity as Secretary of the Department of Homeland Security; ERIC H. HOLDER, JR., in his capacity as Attorney General of the United States; JOHN T. MORTON, Assistant Secretary, U.S. Immigration and Customs Enforcement; DAVID VENTURELLA, Acting Director, Office of Detention and Removal Operations, U.S. Immigration and Customs Enforcement; and JORGE FIELD, Assistant Field Office Director, U.S. Immigration and Customs Enforcement,<br><br>Defendants. | No. 09-CV-2281-PA(VBKx)<br><br>[PROPOSED]<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[Judge Percy Anderson] |

Upon consideration of the joint stipulation filed on _____, 2010

IT IS HEREBY ORDERED that:

This case is dismissed with prejudice and with each party bearing their own costs and fees. The Clerk is directed to remove this case from the Court's docket.

IT IS SO ORDERED.

DATED: _____, 2010.

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TONY WEST
United States Department of Justice
Assistant Attorney General, Civil Division

DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section

VICTOR M. LAWRENCE
Principal Assistant Director

/s/ Theodore W. Atkinson
THEODORE W. ATKINSON
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
U.S. Department of Justice
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4135
Fax: (202) 305-7000
e-mail: theodore.atkinson@usdoj.gov

NICOLE R. PRAIRIE
Trial Attorney

Attorneys for Defendants

1  /s/ Ahilan T. Arulanantham
AHILAN T. ARULANANTHAM
2  ACLU Foundation of Southern California
1313 West 8th Street
3  Los Angeles, CA 90017
Tel: (213) 977-5211
4  Fax: (213) 977-5299
Email: aarulanantham@aclu-sc.org
5

6  /s/ Linton Joaquin
LINTON JOAQUIN
7
National Immigration Law Center
8  3435 Wilshire Boulevard Suite 2850
Los Angeles, CA 90010
9  Tel: (213) 639-3900
Fax: (213) 639-3911
10  Email: joaquin@nilc.org

11
/s/ W. Toliver Besson
12  W. TOLIVER BESSON

Paul Hastings Janofsky & Walker
13  515 South Flower Street 25th Floor
Los Angeles, CA 90071
14  Te: (213) 683-6000
Fax: (213) 627-0705
15

16  Attorneys for Plaintiffs

17

18

19

20

21

22

23

24

25

26

27

28