TONY WEST
United States Department of Justice
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
NICOLE R. PRAIRIE
Trial Attorney
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 532-4135
    FAX: (202) 305-7000
    E-MAIL: theodore.atkinson@usdoj.gov
    Attorneys for Defendants

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JULIO CASTELLANO, ABELARDO CHAVEZ FLORES, RAMON GONZALEZ, ALLA SUVOROVA, on behalf of themselves and all others similarly situated, and NATIONAL LAWYERS GUILD,<br><br>    Plaintiffs,<br><br>v.<br><br>JANET NAPOLITANO, in her capacity as Secretary of the Department of Homeland Security; ERIC H. HOLDER, JR., in his capacity as Attorney General of the United States; JOHN T. MORTON, Assistant Secretary, U.S. Immigration and Customs Enforcement; DAVID VENTURELLA, Acting Director, Office of Detention and Removal Operations, U.S. Immigration and Customs Enforcement; and JORGE FIELD, Assistant Field Office Director, U.S. Immigration and Customs Enforcement,<br><br>    Defendants. | No. CV09-2281-PA(VBKx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** [#24]<br><br>[Judge Percy Anderson] |

1    Upon consideration of the joint stipulation filed on   7/8/10;
2    IT IS HEREBY ORDERED that:
3    This case is dismissed with prejudice and with each party
4 bearing their own costs and fees.  The Clerk is directed to remove
5 this case from the Court's docket.
6    IT IS SO ORDERED.

7

8 DATED: July 12, 2010.

9
                                    _____
10                                   HONORABLE PERCY ANDERSON
11                                   UNITED STATES DISTRICT JUDGE

12
  PRESENTED BY:
13
  TONY WEST
14 United States Department of Justice
  Assistant Attorney General, Civil Division
15
  DAVID J. KLINE
16 Director, Office of Immigration Litigation
  District Court Section
17
  VICTOR M. LAWRENCE
18 Principal Assistant Director

19 /s/ Theodore W. Atkinson
  THEODORE W. ATKINSON
20 Senior Litigation Counsel
  Office of Immigration Litigation
21 District Court Section
  U.S. Department of Justice
22 Civil Division
  P.O. Box 868, Ben Franklin Station
23 Washington, D.C. 20044
  Tel: (202) 532-4135
24 Fax: (202) 305-7000
  e-mail: theodore.atkinson@usdoj.gov
25
  NICOLE R. PRAIRIE
26 Trial Attorney

27 Attorneys for Defendants
  /s/ Ahilan T. Arulanantham
28 AHILAN T. ARULANANTHAM

```
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles , CA 90017
Tel: (213) 977-5211
Fax: (213) 977-5299
Email: aarulanantham@aclu-sc.org
```

*/s/ Linton Joaquin*
LINTON JOAQUIN

```
National Immigration Law Center
3435 Wilshire Boulevard Suite 2850
Los Angeles , CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
Email: joaquin@nilc.org
```

*/s/ W. Toliver Besson*
W. TOLIVER BESSON

```
Paul Hastings Janofsky & Walker
515 South Flower Street 25th Floor
Los Angeles , CA 90071
Te: (213) 683-6000
Fax: (213) 627-0705
```

Attorneys for Plaintiffs